DAVID W. OGDEN*
David.Ogden@wilmerhale.com
KELLY P. DUNBAR*
Kelly.Dunbar@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6440
Facsimile:   (202) 663-6363
*Attorneys for Plaintiff* **DaVita Inc.**

KELSI CORKRAN*
kcorkran@orrick.com
ORRICK HERRINGTON &
   SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:  (202) 339-8497
Facsimile:   (202) 339-8400
*Attorneys for Plaintiffs* **Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, and Fresenius Medical Care Orange County, LLC**

STUART S. KURLANDER*
stuart.kurlander@lw.com
MICHAEL E. BERN*
michael.bern@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW
Washington, DC 20004
Telephone:  (202) 637-1021
Facsimile:   (202) 637-2201
*Attorneys for Plaintiff* **U.S. Renal Care, Inc.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| FRESENIUS MEDICAL CARE ORANGE COUNTY, LLC; *et al.*,<br><br>*Plaintiffs.*<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General; *et al.*,<br><br>*Defendants*. | Case No. 8:19-cv-2130<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

---

* *Pro hac vice* forthcoming.  Additional counsel listed on signature page.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs state as follows:

1. Fresenius Medical Care Orange County, LLC is a joint venture owned by MemorialCare Medical Foundation; The OC Group, LLC; RAI Care Centers of Southern California I, LLC; and Bio-Medical Applications of California, Inc. RAI Care Centers of Southern California I, LLC's parent corporation is RAI Care Centers Holdings I, LLC; RAI Care Centers Holdings I, LLC's parent corporation is Renal Advantage, Inc.; Renal Advantage, Inc.'s parent corporation is Renal Advantage Holdings, Inc.; Renal Advantage Holdings, Inc.'s parent corporation is RA Acquisition Co., LLC; RA Acquisition Co., LLC's parent corporation is Renal Advantage Partners, LLC; Renal Advantage Partners, LLC is owned by Bio-Medical Applications Management Co., Inc. and Liberty Dialysis Holdings, Inc. (which is wholly owned by Bio-Medical Applications Management Co., Inc); Bio-Medical Applications Management Co., Inc.'s parent corporation is National Medical Care, Inc.; National Medical Care, Inc.'s parent corporation is Fresenius Medical Care Holdings, Inc.; Fresenius Medical Care Holdings, Inc.'s parent corporations are listed in Paragraph 3, below. Bio-Medical Applications of California, Inc.'s parent is Bio-Medical Applications Management Co., Inc.; Bio-Medical Applications Management Co., Inc.'s parent corporation is National Medical Care, Inc.; National Medical Care, Inc.'s parent corporation is Fresenius Medical Care Holdings, Inc.; Fresenius Medical Care Holdings, Inc.'s parent corporations are listed in Paragraph 3, below; MemorialCare Medical Foundation is a California non-profit public benefit corporation. The OC Group, LLC, is a privately held company with no parent corporation.

2. DaVita, Inc. is a publicly traded corporation owned by its shareholders. It has no parent company. Based on public filings as of November 4, 2019, Berkshire Hathaway Inc. owns 10% or more of its stock.

3. Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, is an indirect, wholly owned subsidiary of its ultimate parent corporation, Fresenius Medical Care AG & Co. KGaA.  All of the issued and outstanding shares of common stock of Fresenius Medical Care Holdings, Inc. are held by Fresenius Medical Care North America Holdings Limited Partnership, with Fresenius Medical Care US Vermogensverwaltungs GmbH & Co. KG as its general partner and Fresenius Medical Care Beteiligungsgesellschaft mbH and Fresenius Medical Care US Zwei Vermogensverwaltungs GmbH & Co. KG as its limited partners.  Both Fresenius Medical Care US Vermogensverwaltungs GmbH & Co. KG and Fresenius Medical Care US Zwei Vermogensverwaltungs GrnbH & Co. KG are owned by Fresenius Medical Care Vermogensverwaltungs GmbH (as general partner) and Fresenius Medical Care Beteiligungsgesellschaft mbH (as limited partner).  Fresenius Medical Care Vermogensverwaltungs GmbH and Fresenius Medical Care Beteiligungsgesellschaft mbH are both wholly owned subsidiaries of Fresenius Medical Care AG & Co. KGaA.  Fresenius Medical Care AG & Co. KGaA is a German corporation whose stock is publicly traded on the Frankfurt Stock Exchange under the ticker symbol "FME" and whose American Depositary Receipts are traded on the New York Stock Exchange under the ticker symbol "FMS."  Other than Fresenius Medical Care AG & Co. KGaA, none of Fresenius Medical Care Holdings, Inc.'s affiliates or subsidiaries are publicly traded.

4. U.S. Renal Care, Inc. ("USRC") is a privately held company. USRC's parent corporation is Rangers Renal Intermediate, Inc.; Rangers Renal Intermediate, Inc.'s parent corporation is Rangers Renal Intermediate Holdings, Inc.; Rangers Renal Intermediate Holdings, Inc.'s parent corporation is BCPE Cycle Buyer, Inc.; and BCPE Cycle Buyer, Inc.'s parent corporation is BCPE Cycle Holdings, L.P.

In addition, the undersigned, together, counsel of record for Plaintiffs, certify that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| Fresenius Medical Care Orange County, LLC | Plaintiff and dialysis provider. |
| DaVita, Inc. | Plaintiff and dialysis provider. |
| Fresenius Medical Care Holdings, Inc. | Plaintiff and dialysis provider. |
| U.S. Renal Care, Inc. | Plaintiff and dialysis provider. |
| Bain Capital funds that indirectly own interest in USRC | Owners of Plaintiff USRC. |
| Summit Partners funds that indirectly own interests in USRC | Owners of Plaintiff USRC. |
| Revelstoke Capital Partners Fund II, L.P. | Owners of Plaintiff USRC. |
| Senior employees of USRC who indirectly own interests in the company[1] | Owners of Plaintiff USRC. |
| Xavier Becerra, in his official capacity as Attorney General | Defendant. |

---

[1] Two of these employees own their interests in the company through family trusts, and one owns interests through an investment entity controlled by that employee.

| | |
|---|---|
| Ricardo Lara, in his official capacity as California Insurance Commissioner | Defendant. |
| Shelley Rouillard, in her official capacity as Director of the California Department of Managed Health Care | Defendant. |
| Sonia Angell, in her official capacity as Director of the California Department of Public Health | Defendant. |
| Patients with end stage renal disease ("ESRD") who live or dialyze in, or have health insurance from, the state of California | The individuals' health care costs and/or access to dialysis or other renal services are at issue in this case. |
| American Kidney Fund ("AKF") | Charitable organization whose provision of financial support to ESRD patients is at issue in this case. |

| | | |
|---|---|---|
| 1 | Dated:     November 5, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | /s/ Kelsi Corkran | /s/ David W. Ogden |
|   | KELSI CORKRAN* | DAVID OGDEN* |
| 4 | kcorkran@orrick.com | David.Ogden@wilmerhale.com |
|   | ORRICK HERRINGTON & | KELLY P. DUNBAR* |
| 5 | SUTCLIFFE LLP | Kelly.Dunbar@wilmerhale.com |
| 6 | 1152 15th Street NW | ARI HOLTZBLATT* |
|   | Washington, DC 20005 | Ari.Holtzblatt@wilmerhale.com |
| 7 | Telephone:   (202) 339-8497 | ALEX HEMMER* |
|   | Facsimile:   (202) 339-8500 | Alex.Hemmer@wilmerhale.com |
| 8 | RACHEL G. SHALEV* | ARIN SMITH* |
| 9 | rshalev@orrick.com | Arin.Smith@wilmerhale.com |
|   | ORRICK HERRINGTON & | WILMER CUTLER PICKERING |
| 10 | SUTCLIFFE LLP | HALE AND DORR LLP |
| 11 | 51 West 52nd Street | 1875 Pennsylvania Avenue NW |
|   | New York, NY 10019 | Washington, DC 20006 |
| 12 | Telephone:   (212) 506-5000 | Telephone:   (202) 663-6440 |
| 13 | Facsimile:   (212) 506-5151 | Facsimile:   (202) 663-6363 |
| 14 | | |
|    | KORY DECLARK (SBN 310571) | /s/ Matthew Tymann |
| 15 | kdeclark@orrick.com | MATTHEW TYMANN (SBN 326249) |
| 16 | ORRICK HERRINGTON & | Matthew.Tymann@wilmerhale.com |
|    | SUTCLIFFE LLP | WILMER CUTLER PICKERING |
| 17 | 405 Howard Street | HALE AND DORR LLP |
| 18 | San Francisco, CA 94105 | 350 South Grand Avenue, Suite 2100 |
|    | Telephone:   (415) 773-5727 | Los Angeles, CA 90071 |
| 19 | Facsimile:   (415) 773-5759 | Telephone:   (213) 443-5343 |
| 20 | | Facsimile:   (213) 443-5400 |
|    | /s/ Glenn D. Dassoff | |
| 21 | GLENN D. DASSOFF (SBN 96809) | ***Attorneys for Plaintiff* DaVita Inc.** |
| 22 | gdassoff@orrick.com | |
|    | ABIGAIL W. LLOYD (SBN | /s/ Stuart S. Kurlander |
| 23 | 243971) | STUART S. KURLANDER* |
| 24 | alloyd@orrick.com | Stuart.Kurlander@lw.com |
|    | ORRICK HERRINGTON & | MICHAEL E. BERN* |
| 25 | SUTCLIFFE LLP | Michael.Bern@lw.com |
| 26 | 2050 Main Street, Suite 1100 | ABID R. QURESHI* |
|    | Irvine, CA 92614 | Abid.Qureshi@lw.com |
| 27 | | |
| 28 | * *Pro hac vice* forthcoming. | |

| | |
|---|---|
| Telephone: (949) 567-6700<br>Facsimile: (949) 567-6710<br><br>*Attorneys for Plaintiffs* **Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Orange County** | LATHAM & WATKINS LLP<br>555 Eleventh Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-1021<br>Facsimile: (202) 637-2201<br><br>/s/ Andrew Gray<br>ANDREW GRAY (SBN 254594)<br>Andrew.Gray@lw.com<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 755-8017<br>Facsimile: (714) 755-8290<br><br>*Attorneys for Plaintiff* **U.S. Renal Care, Inc.** |

## **ATTORNEY ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2019

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ Matthew Tymann
     Matthew Tymann